FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NATHANIEL LEE | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION, et al. | : | NO. 09-2825 |

**ORDER**

AND NOW, this 29th day of November, 2010, it is hereby ORDERED that:

1. Petitioner's objections to the Magistrate Judge's Report and Recommendation are overruled;

2. The Magistrate's Report and Recommendation is approved and adopted;

3. The Petition for Writ of Habeas Corpus is denied and dismissed with prejudice; and

4. Because Petitioner has failed to make a substantial showing of the denial of any constitutional right, a certificate of appealability will not issue.

The Clerk shall close the case.

BY THE COURT:

/s/ 
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 09-10\09-2825 Lee v. PA Board\Lee v. PA Board - 2254 Habeas Order 09-2825.wpd